No opinion. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

ETHEL FREISINGER, Appellant, v. GEORGE FREISINGER, Respondent.— Order affirmed. No opinion. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

NELLIE MARKARIAN, Appellant, v. SANTO PUSINERI and Others, Respondents.— Order so far as appealed from modified by striking out the provision for costs and granting one bill of costs to date to the defendants Santo Pusineri and Mary Pusineri, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

LOTTIE C. GERNSBACK, Appellant, v. SIDNEY GERNSBACK, Respondent.— Order affirmed. No opinion. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

CLAUDE NEON LIGHTS, INC., Respondent, v. GEORGE L. JOHNSON and Others, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ. [135 Misc. 113.]

CHARLOTTE KING PALMER, Respondent, v. JAMES C. PARRISH, Appellant. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

CHARLOTTE KING PALMER, Respondent, v. JAMES C. PARRISH, Appellant. (Appeal No. 2.) — Appeal dismissed, with ten dollars costs to the respondent. No opinion. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

In the Matter of the Application of ROSE MARIE Co., INC., Appellant, against JULIUS MILLER, as President of the Borough of Manhattan, Respondent, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

JOHN FRANCIS DINGEE and Others, Respondents, v. SID BLAKE, Appellant, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

JOSEPH B. WEAVER, Respondent, v. GUISEPPI CIPPICO, Appellant, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days after service of order. No opinion. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

CHARLES A. STONEHAM, Respondent, v. HAROLD NORRIS, Appellant.— Order so far as appealed from modified by allowing items 5, 6, 8 and 9, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. Bill of particulars to be served within ten days after service of order. No opinion. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

CARLO MARROCCOLI, Appellant, v. K. ARAKELIAN, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

AGNES B. LYONS, Appellant, v. HARRY S. LYONS, Respondent.— Order reversed,